**UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
|        Plaintiff, | ) |
| v. | ) **CASE NO. 8:08-CV-992-T-17MAP** |
| | ) |
| JOHN MANNING BOLCHOZ, | ) |
| | )    <u>**DEFAULT FINAL JUDGMENT**</u> |
|        Defendant. | ) |
| _____ | ) |

     This matter having come before the Court upon Plaintiff, United States of America's Motion for Entry of Default Final Judgment against defendant, John Manning Bolchoz, and the Court having reviewed the pleadings submitted on behalf of the Plaintiff, and having further noted the entry of default as to the defendant for failure to answer or otherwise plead to the Summons and Complaint served by the Plaintiff, and for good cause shown, it is hereby

     ORDERED AND ADJUDGED that judgment is hereby entered in favor of Plaintiff, the United States of America, and against defendant, John Manning Bolchoz, upon the Complaint herein, and it is further

     ORDERED AND ADJUDGED that Plaintiff recover of the defendant, John Manning Bolchoz, the sum of $25,279.05, consisting of $23,394.93 in unpaid principal, plus the amount of $1,884.12 in interest accrued through December 15, 2008, in accordance with the supporting documentation attached as Exhibit "B" to Plaintiff's Motion for Entry of Default Final Judgment, all together with interest at the rate of 2.32% per annum to the date of this judgment, together with the sum of $375.00 in taxed costs, and it is further

ORDERED AND ADJUDGED that this judgment shall bear interest at the rate as prescribed by 28 U.S.C. §1961, and shall be enforceable as prescribed by 28 U.S.C. §2001, <u>et seq</u>., 28 U.S.C. §3001-3307, and Rule 69(a), Federal Rules of Civil Procedure.

DONE AND ORDERED in Chambers, in Tampa, FL, this <u>17th</u> day of December, 2008.

ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

cc:  Steven M. Davis, Esq.(Two Certified Copies)
   John Manning Bolchoz, Pro Se